IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

      Plaintiff,                    No.  2:13-cv-0081 GEB AC P

    vs.

MATTHEW L. CATE, et al.,

      Defendants.          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 2, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 2, 2013, are adopted in full;

2. Plaintiff's request to proceed in forma pauperis is denied;

3. Plaintiff is required to pay the filing fee of $350.00 in full within twenty-eight days of the date of this order in order to proceed in this action; and

4. Failure to pay the filing fee in full as directed will result in dismissal of this action.

Dated: April 30, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

2