UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART MANAGO, | No. 13-cv-0081 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW L. CATE, et al., | |
| Defendants. | |

By Order filed on December 3, 2013, this court denied plaintiff's motion for reconsideration of its May 1, 2013 Order, denying plaintiff's request to proceed in forma pauperis. ECF No. 13. The court nevertheless provided plaintiff a final opportunity to proceed in this action by granting him an additional fourteen days to pay the filing fee in full. Id. Plaintiff was cautioned that should he fail to do so, this action would be dismissed. Id. The fourteen day period has expired, and plaintiff has not paid the filing fee or otherwise responded to the court's order. Accordingly, this action is DISMISSED. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: January 3, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge